# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Murphy v. EWC & Associates LLC
Case No. 1:26-cv-141



**MEMO ENDORSED**

# DEFENDANT'S ANSWER AND MOTION TO DISMISS

Defendant EWC & Associates LLC ("Defendant") responds as follows:

1. Defendant denies that it owns, operates, or controls the website referenced in the Complaint.

2. The website and ecommerce operations are owned and operated by Dr. Ginger's Healthcare Products LLC.

3. Defendant denies that Plaintiff suffered any injury.

4. Defendant denies that Plaintiff is entitled to damages or attorney's fees.

AFFIRMATIVE DEFENSES

1. Failure to Name Proper Defendant:

EWC & Associates LLC is an intellectual property holding company and does not operate the website.

2. Mootness:

Any alleged accessibility issues have been remediated and accessibility tools are being implemented.

3. Lack of Personal Jurisdiction:

Defendant is an Arizona-based company with no offices or employees in New York.

MOTION TO DISMISS



RECEIVED
MAR 31 2026
PRO SE OFFICE

Defendant respectfully moves to dismiss this Complaint.

The Complaint should be dismissed because:

- Defendant is not the proper party.

- The alleged issues have been corrected.

- The Court lacks jurisdiction.

WHEREFORE, Defendant requests dismissal of the Complaint.

Respectfully Submitted,

Dr. Ginger Price

Managing Member

EWC & Associates LLC

Phoenix, Arizona

CERTIFICATE OF SERVICE

I certify that a copy of this document was served on Plaintiff's counsel.

Date: 3/26/2026

Clerk of Court,

Please find enclosed Defendant's Answer and Motion to Dismiss in the matter of Murphy v. EWC & Associates, LLC, Case No 1:26-cv.141.

Please file accordingly.

Sincerely,

Dr Ginger Price

Managing Member

EWC & Associates LLC



RECEIVED
SDNY PRO SE OFFICE
2026 MAR 31  AM 11:29

The Court has received Defendant's above-answer and motion to dismiss.

First, the Court observes that corporate defendants like EWC & Associates, LLC cannot proceed *pro se*. *See, e.g.*, *Morocho* v. *Stars Jewelry by the A Jeweler Corp.*, 23 Civ. 3836 (VSB), 2025 WL 2603677, at *2 (S.D.N.Y. Aug. 25, 2025) ("[C]orporate Defendants ... cannot proceed pro se in federal court.").

Second, the Court notes that Defendant cannot file an answer and a motion to dismiss concurrently. Under Federal Rule of Civil Procedure 12(b), a motion to dismiss must be filed before the responsive pleading.

Defendant is directed to hire counsel and then re-file either an answer or a motion to dismiss. The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    April 3, 2026              SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE